# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DENNIS T. JAMES, AN INDIVIDUAL, ROBIN JAMES, AN INDIVIDUAL, AND DENNIS T. JAMES AND ROBIN JAMES, AS HUSBAND AND WIFE, | : No. 446 WAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>: |
| Petitioners | : |
| v. | : |
| PIER L. CHIARADIA, AN INDIVIDUAL, AND COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, AND PENNSYLVANIA STATE POLICE, | :<br>:<br>:<br>:<br>: |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.